522 A.2d 503

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Eric BAINES, Appellant.**

Supreme Court of Pennsylvania.

March 10, 1987.

Edward Blumstein, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Sarah Vandenbraak, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

572

## ORDER

PER CURIAM

This appeal is dismissed as improvidently granted, without prejudice to appellant's rights under the Post Conviction Hearing Act. 42 Pa.C.S. § 9541–9551.